# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PEGGY DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV372 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NATIONAL ACCOUNT SYSTEMS OF OMAHA, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on November 19, 2009, a letter (Filing No. 9) was sent to:

**Daniel L. Johnson**
**LATENSER, JOHNSON LAW FIRM**
**14710 West Dodge Road, Suite 205**
**Omaha, NE 68154**

from the Office of the Clerk directing that he pay the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. In addition, on November 19, 2009, Mr. Johnson was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 8. As of the close of business on January 29, 2010, said attorney has not complied with the request set forth in the letter from the Office of the Clerk or the separate notice.

**IT IS ORDERED** that, on or before **February 10, 2010**, attorney Daniel L. Johnson shall pay the assessment and comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Johnson being removed as counsel of record for the defendant.

DATED this 1st day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge