IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Peggy Davis, | ) |
| | ) |
| Plaintiff, | )   Case No. 8:09cv0372 |
| vs. | ) |
| | ) |
| Puppchen, Inc. d/b/a National Account | )   **ORDER FOR DISMISSAL** |
| Systems of Omaha, | )       **WITH PREJUDICE** |
| Defendant. | ) |

THIS MATTER came before the Court this 30th day of March, 2010, upon the Stipulation of the parties, pursuant to Fed.R.Civ.P. 41 that this matter has been settled and the Complaint shall be dismissed with prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41, with each party to pay its own fees and costs except as otherwise provided for in the settlement agreement between the parties.

Dated: March 30, 2010

BY THE COURT:


s/ Joseph F. Bataillon
U.S. DISTRICT COURT JUDGE

1